MICHAEL D. HAIGHT, ESQ.
Nevada Bar No. 5654
GENEVIEVE ROMAND, ESQ.
Nevada Bar No. 13235
HENNESS & HAIGHT
8972 Spanish Ridge Avenue
Las Vegas, Nevada 89148
(702) 862-8200 Telephone
(702) 862-8204 Facsimile
genevieve@hennessandhaight.com
*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RACHELLE CRUPI, individually, and as Special Administrator, Personal Representative, and heir to the Estate of ALETHA PORCARO, deceased,<br><br>          Plaintiff,<br><br>vs.<br><br>THE HEIGHTS OF SUMMERLIN, LLC, a foreign limited liability corporation; SUMMIT CARE, LLC, a foreign limited liability corporation; GENESIS HEALTHCARE, INC., a domestic corporation, LATOYA DAVIS, individually and as Administrator; ANDREW REESE, individually and as Administrator; DOE EMPLOYEES I through X; DOE SERVICE PROVIDERS I through X, DOE GOVERNING MEMBERS I through X; ROE GOVERNING BODIES I through X; and DOES XI through XX; and ROE CORPORATIONS XI through XX, inclusive,<br><br>          Defendants. | CASE NO. 2:21-cv-00954-GMN-DJA<br><br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT THE HEIGHTS OF SUMMERLIN, LLC's MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, that the deadline for Plaintiff Rachelle Crupi, individually, and as Special Administrator, Personal Representative, and heir to the Estate of Aletha Porcaro, deceased, to file its

response to Defendant The Heights of Summerlin, LLC's Motion to Dismiss Plaintiff's Complaint (ECF No. 5, filed on May 24, 2021), currently due June 7, 2021 to be extended through June 14, 2021.

Likewise, the deadline for Defendant The Heights of Summerlin, LLC's Reply should be extended from June 14, 2021 to June 21, 2021.

This is Plaintiff's first request for an extension and this stipulation is submitted in good faith without the purpose of undue delay.

DATED this 7th day of June, 2021.

HENNESS & HAIGHT

*/s/ Genevieve Romand, Esq.* .
MICHAEL D. HAIGHT, ESQ.
Nevada Bar No. 5654
GENEVIEVE ROMAND, ESQ.
Nevada Bar No. 13235
8972 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

DATED this 7th day of June, 2021.

MESSNER REEVES LLP

*/s/ Courtney Christopher, Esq.*
DAVID J. MORTENSEN, ESQ.
Nevada Bar No. 2547
COURTNEY CHRISTOPHER, ESQ.
Nevada Bar No. 12717
BRITTANY LEWIS, ESQ.
Nevada Bar No. 14565
8945 West Russel Road, Suite 300
Las Vegas, Nevada 89148
*Attorneys for Defendant The Heights of Summerlin, LLC*

**IT IS SO ORDERED.**

Dated this __7__ day of June, 2021.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT