DAVID J. MORTENSEN, ESQ.
Nevada Bar No. 2547
COURTNEY CHRISTOPHER, ESQ.
Nevada Bar No. 12717
DEREK LINFORD, ESQ.
Nevada Bar No. 14909
MESSNER REEVES LLP
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone: (702) 363-5100
Facsimile: (702) 363-5101
E-mail: dmortensen@messner.com
cchristopher@messner.com
dlinford@messner.com
*Attorneys for Defendants, The Heights of Summerlin, LLC, Latoya Davis, Andrew Reese, Summit Care, LLC, and Genesis Healthcare, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RACHELLE CRUPI, individually, and as Special Administrator, Personal Representative, and heir to the Estate of ALETHA PORCARO, deceased,<br><br>Plaintiff,<br>vs.<br><br>THE HEIGHTS OF SUMMERLIN, LLC, a foreign limited liability corporation; SUMMIT CARE, LLC, a foreign limited liability corporation GENESIS HEALTHCARE, INC., a domestic corporation, LATOYA DAVIS, individually and as Administrator; ANDREW REESE, individually and as Administrator; DOE EMPLOYEES I through X, DOE SERVICE PROVIDERS I through X, DOE GOVERNING MEMBERS I through X; ROE GOVERNING BODIES I through X; and DOES XI through XX; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00954-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT THE HEIGHTS OF SUMMERLIN, LLC TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, that the deadline for Defendant The Heights of Summerlin, LLC, a foreign limited liability corporation, to file its Reply to Plaintiff Rachelle Crupi's Opposition to Defendant The Heights of Summerlin, LLC's Motion to Dismiss (ECF No. 16, filed on June 14, 2021), currently due on June 21, 2021, to be extended through June 28, 2021.

This is Defendant The Heights of Summerlin, LLC's first request for an extension and this stipulation is submitted in good faith without the purpose of undue delay.

| | |
|---|---|
| DATES this 18th day of June, 2021. | DATED this 18th day of June, 2021. |
| MESSNER REEVES LLP | HENNESS & HAIGHT, INJURY ATTORNEYS |
| /s/ Courtney Christopher | /s/ Genevieve Romand |
| DAVID J. MORTENSEN, ESQ. (NBN 2547) | Michael D. Haight, Esq. (NBN 5654) |
| COURTNEY CHRISTOPHER, ESQ. (NBN 12717) | Genevieve Romand, Esq. (NBN 13235) |
| DEREK LINFORD, ESQ. (NBN 14909) | 8972 Spanish Ridge Avenue |
| 8945 West Russell Road, Suite 300 | Las Vegas, Nevada 89148 |
| Las Vegas, Nevada 89148 | *Attorneys for Plaintiff* |
| *Attorneys for Defendants, The Heights of Summerlin, LLC, Latoya Davis, Andrew Reese, Summit Care, LLC, and Genesis Healthcare, Inc.* | |

**IT IS SO ORDERED.**

Dated this __23__ day of June, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT