DAVID J. MORTENSEN, ESQ.
Nevada Bar No. 2547
COURTNEY CHRISTOPHER, ESQ.
Nevada Bar No. 12717
DEREK LINFORD, ESQ.
Nevada Bar No. 14909
MESSNER REEVES LLP
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone:    (702) 363-5100
Facsimile:    (702) 363-5101
E-mail: dmortensen@messner.com
            cchristopher@messner.com
            dlinford@messner.com
*Attorneys for Defendants, The Heights of Summerlin, LLC
Summit Care, LLC and Latoya Davis*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RACHELLE CRUPI, individually, and as Special Administrator, Personal Representative, and heir to the Estate of ALETHA PORCARO, deceased, <br><br> Plaintiff, <br><br> vs. <br><br> THE HEIGHTS OF SUMMERLIN, LLC, a foreign limited liability corporation; SUMMIT CARE, LLC, a foreign limited liability corporation GENESIS HEALTHCARE, INC., a domestic corporation, LATOYA DAVIS, individually and as Administrator; ANDREW REESE, individually and as Administrator; DOE EMPLOYEES I through X, DOE SERVICE PROVIDERS I through X, DOE GOVERNING MEMBERS I through X; ROE GOVERNING BODIES I through X; and DOES XI through XX; and ROE CORPORATIONS XI through XX, inclusive, <br><br> Defendants. | Case No.  2:21-cv-00954-GMN-DJA <br><br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT LATOYA DAVIS TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** <br><br> **(FIRST REQUEST)** |

. . .

1

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel of record, that the deadline for Defendant Latoya Davis, individually, to file her Reply to Plaintiff Rachelle Crupi's Opposition to Defendant Latoya Davis' Motion to Dismiss (ECF No. 19, filed on June 16, 2021), currently due on June 23, 2021, to be extended through June 28, 2021.

This is Defendant Latoya Davis' first request for an extension and this stipulation is submitted in good faith without the purpose of undue delay.

DATES this 21st day of June, 2021.

DATED this 21st day of June, 2021.

MESSNER REEVES LLP

HENNESS & HAIGHT, INJURY ATTORNEYS

_____/s/ Courtney Christopher_____
DAVID J. MORTENSEN, ESQ. (NBN 2547)
COURTNEY CHRISTOPHER, ESQ. (NBN 12717)
DEREK LINFORD, ESQ. (NBN 14909)
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
*Attorneys for Defendants, The Heights of Summerlin, LLC, Latoya Davis, Andrew Reese, Summit Care, LLC, and Genesis Healthcare, Inc.*

_____/s/ Genevieve Romand_____
MICHAEL D. HAIGHT, ESQ. (NBN 5654)
GENEVIEVE ROMAND, ESQ. (NBN 13235)
8972 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

Dated this __23__ day of June, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT