| | |
|---|---|
| 1 | MICHAEL D. HAIGHT, ESQ. |
| | Nevada Bar No. 5654 |
| 2 | GENEVIEVE ROMAND, ESQ. |
| | Nevada Bar No. 13235 |
| 3 | HENNESS & HAIGHT |
| 4 | 8972 Spanish Ridge Avenue |
| | Las Vegas, Nevada 89148 |
| 5 | (702) 862-8200 Telephone |
| | (702) 862-8204 Facsimile |
| 6 | genevieve@hennessandhaight.com |
| 7 | *Attorneys for Plaintiff* |

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RACHELLE CRUPI, individually, and as Special Administrator, Personal Representative, and heir to the Estate of ALETHA PORCARO, deceased, | CASE NO. 2:21-cv-00954-GMN-DJA |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO REMAND** |
| THE HEIGHTS OF SUMMERLIN, LLC, a foreign limited liability corporation; SUMMIT CARE, LLC, a foreign limited liability corporation; GENESIS HEALTHCARE, INC., a domestic corporation, LATOYA DAVIS, individually and as Administrator; ANDREW REESE, individually and as Administrator; DOE EMPLOYEES I through X; DOE SERVICE PROVIDERS I through X, DOE GOVERNING MEMBERS I through X; ROE GOVERNING BODIES I through X; and DOES XI through XX; and ROE CORPORATIONS XI through XX, inclusive, | **(FIRST REQUEST)** |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, that the deadline for Plaintiff Rachelle Crupi, individually, and as Special Administrator, Personal Representative, and heir to the Estate of Aletha Porcaro, deceased, to file its

reply to Defendants' Opposition to Plaintiff's Motion to Remand (ECF No. 34, filed on June 28, 2021), currently due July 5, 2021, be extended through July 12, 2021.

This is Plaintiff's first request for an extension and this stipulation is submitted in good faith without the purpose of undue delay.

| | |
|---|---|
| DATED this 2nd day of July, 2021. | DATED this 2nd day of July, 2021. |
| HENNESS & HAIGHT | MESSNER REEVES LLP |
| /s/ Genevieve Romand, Esq. | /s/ Courtney Christopher, Esq. |
| MICHAEL D. HAIGHT, ESQ.<br>Nevada Bar No. 5654<br>GENEVIEVE ROMAND, ESQ.<br>Nevada Bar No. 13235<br>8972 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148<br>*Attorneys for Plaintiff* | DAVID J. MORTENSEN, ESQ.<br>Nevada Bar No. 2547<br>COURTNEY CHRISTOPHER, ESQ.<br>Nevada Bar No. 12717<br>DEREK LINFORD, ESQ.<br>Nevada Bar No. 14909<br>8945 West Russel Road, Suite 300<br>Las Vegas, Nevada 89148<br>*Attorneys for Defendants The Heights of Summerlin, LLC, Latoya Davis, Andrew Reese, Summit Care, LLC, and Genesis Healthcare, Inc.* |

**IT IS SO ORDERED** *nunc pro tunc.*

Dated this __6__ day of July, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT