1  MICHAEL D. HAIGHT, ESQ.
   Nevada Bar No. 5654
2  GENEVIEVE ROMAND, ESQ.
   Nevada Bar No. 13235
3  DAVID T. GLUTH, ESQ.
   Nevada Bar No. 10596
4  HENNESS & HAIGHT
5  8972 Spanish Ridge Avenue
   Las Vegas, Nevada 89148
6  Telephone: (702) 862-8200
7  genevieve@hennessandhaight.com
   *Attorneys for Plaintiffs*
8

9              **UNTIED STATES DISTRICT COURT**

10                    **DISTRICT OF NEVADA**

11 | RACHELLE CRUPI, individually, and as Special |
12 | Administrator, Personal Representative, and heir to the Estate of ALETHA PORCARO, deceased, | Case No.: 2:21-cv-00954-GMN-DJA
13 |
14 |             Plaintiff,
     vs.
15 |
     THE HEIGHTS OF SUMMERLIN, LLC, a | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES**
16 | foreign limited liability corporation; SUMMIT CARE, LLC, a foreign limited liability
17 | corporation; GENESIS HEALTHCARE, INC., a | **[FIRST REQUEST]**
18 | domestic corporation, LATOYA DAVIS, individually and as Administrator, ANDREW
19 | REESE, individually and as Administrator, DOE EMPLOYEES I through X; DOE SERVICE
20 | PROVIDERS I through X; DOE GOVERNING MEMBERS I through X; ROE GOVERNING
21 | BODIES I through X; and DOES XI through XX;
22 | and ROE CORPORATIONS XI through XX, inclusive,
23 |
24 |             Defendants.

25     Plaintiff, RACHELLE CRUPI, individually and as Special Administratrix to the Estate of

26 ALETHA PORCARO ("Plaintiff"), and Defendants THE HEIGHTS OF SUMMERLIN, LLC,

27 SUMMIT CARE, LLC, GENESIS HEALTHCARE, INC., LATOYA DAVIS, individually and as

28

Page 1

Administrator, ANDREW REESE, individually and as Administrator ("Defendants") by and through their respective counsel of record, do hereby stipulate to extend the discovery deadlines in the present case for a period of 90 days.

Pursuant to Local Rule 2.25, the parties hereby aver that this is the <u>first such discovery extension</u> requested in this matter.

## DISCOVERY COMPLETED TO DATE

- The parties have conducted an FRCP 26(f) conference;

- Plaintiff and Defendants have served their respective FRCP 26(a) disclosures;

- Plaintiff has served interrogatories, requests for production, and requests for admissions to Defendant The Heights of Summerlin, LLC, and Defendant The Heights of Summerlin, LLC has served responses;

- Defendant The Heights of Summerlin, LLC has served interrogatories, requests for production, and requests for admissions to Plaintiff Rachelle Crupi, individually, and to Plaintiff Rachelle Crupi, as special administrator, personal representative, and heir to the Estate of Aletha Porcaro; Plaintiff has not yet served responses to these discovery requests.

## DISCOVERY TO BE COMPLETED AND REASONS FOR EXTENSION OF DISCOVERY

Discovery to be completed includes:

- Expert disclosures;
- Deposition of Plaintiff;
- Deposition of FRCP 30(b)(6) witnesses for The Heights of Summerlin, LLC, Summit Care, LLC, and Genesis Healthcare, Inc.;
- Deposition of Latoya Davis, individually and as Administrator;
- Deposition of Andrew Reese, individually and as Administrator;
- Deposition of expert witnesses and treating physicians;
- Deposition of fact witnesses;

The parties aver, pursuant to Local Rule 2.25, that good cause exists for the requested

extension. Both parties have been diligently working to participate in the discovery process and have both served discovery requests upon the opposing party. However, both parties have several motions pending before Honorable Gloria M. Navarro, including several motions to dismiss and a motion to remand, and are awaiting the decisions regarding such. In light of the decisions on three of Defendants' other cases involving a motion to remand, counsel was waiting to see how the motion in this instant action would be resolved. An extension of 90 days allows time for both parties to set depositions, retain experts, and have reports prepared prior to the expert disclosure deadline.

## [PROPOSED] NEW DISCOVERY DEADLINES

Expert Disclosure Deadline:
    Currently: February 14, 2022
    Proposed: May 16, 2022

Rebuttal Expert Disclosure Deadline:
    Currently: March 16, 2022
    Proposed: June 14, 2022

Discovery Cut-Off Date:
    Currently: April 15, 2022
    Proposed: July 14, 2022

Dispositive Motion Deadline:
    Currently: May 16, 2022
    Proposed: August 15, 2022

Joint proposed Pre-Trial Order:
    Currently: June 15, 2022
    Proposed: September 13, 2022

...

...

...

...

...

...

If the extension is granted, all depositions mentioned above should be concluded within the stipulated extended deadlines. The parties aver that this request for extension of discovery deadlines is made by the parties in good faith and not for the purpose of delay.

DATED this 31st day of January, 2022.       DATED this 31st day of January, 2022.

HENNESS & HAIGHT                             MESSNER REEVES LLP


   */s/ Genevieve Romand, Esq.*                  */s/ Courtney Christopher, Esq.*
MICHAEL D. HAIGHT, ESQ.                      DAVID J. MORTENSEN, ESQ.
Nevada Bar No. 5654                          Nevada Bar No. 2547
GENEVIEVE ROMAND, ESQ.                       COURTNEY CHRISTOPHER, ESQ.
Nevada Bar No. 13235                         Nevada Bar No. 12717
DAVID T. GLUTH, ESQ.                         DEREK LINFORD, ESQ.
Nevada Bar No. 10596                         Nevada Bar No. 14909
8972 Spanish Ridge Avenue                    8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148                      Las Vegas, Nevada 89148
*Attorneys for Plaintiff*                    *Attorneys for Defendants*


IT IS SO ORDERED this 1st day of February, 2022.

_____
UNITED STATES MAGISTRATE JUDGE